

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00192-CV

| | | |
|---|---|---|
| MUSTANG PARK OWNERS ASSOCIATION, INC. AND LEGACY SOUTHWEST PROPERTY MANAGEMENT, LLC, Appellants | § | On Appeal from the 16th District Court |
| | § | of Denton County (20-7230-16) |
| V. | § | August 22, 2024 |
| CHRISTOPHER LUMLEY, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

In accordance with Rule of Appellate Procedure 46.3, we suggest a remittitur of $6,000. If Appellee Christopher Lumley files in this court within twenty days from the date of this opinion and judgment a remittitur of $6,000, we will reform the trial court's judgment to

• award Lumley actual damages of $12,950 and affirm that part of the judgment only as modified;

• reverse the part of the judgment holding Appellant Legacy Southwest Property Management, LLC jointly and severally liable with Appellant Mustang Park Owners Association, Inc. for the breach of contract damages and attorney's fees and render a take-nothing judgment as to Legacy;

• vacate the following paragraphs of the trial court's judgment:

> IT IS FURTHER ORDERED by the Court that Defendant, Mustang Park Owner's Association, Inc., LLC, shall repair the drainage system located on Lot 4x pursuant the below requirements which shall be listed within the scope of work:
>
> a. Runoff compounding along Lot 59 through Lot 48 created and eroded steeper side slopes. Curb integration between side slopes and the sidewalk;
>
> b. Greenbelt drainage currently converges and empties into the backyard of Lots 44 and 45. Installation of a subsurface drainage system to capture greenbelt runoff to effectively reduce erosion, confine drainage into well-defined boundaries, and eliminate overflows onto Lots 44 and Lot 45;
>
> c. Approximately four 24-inch drains, 1,500 linear feet of 12-inch pipe, and other material and all labor required to install a subsurface drainage system beneath the greenbelt;
>
> d. Installation of a brick retaining wall (approximately 200 square feet) offsetting the property boundary of Lots 42 through 44 to absolve erosion of steep side slopes in that arena;
>
> e. A subsurface system interconnecting downspouts while spanning the side and backyards of Lots 44 and Lot 45 to eradicate surface drainage and erosion. A subsurface drainage system to capture Greenbelt drainage must be implemented for effective lot drainage.
>
> IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that Defendant, Mustang Park Owner's Assocition [sic], Inc., shall pay all expenses, goods, equipment, and labor necessary for the installation of a new, properly functioning drain in the common area behind Plaintiff's property located at [home address redacted] on Lot 4x,

as well as all stone surrounding Plaintiff's property located at [home address redacted] necessary to ensure proper drainage in the common area to avoid flooding of Plaintiff's property located at [home address redacted].

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that Defendant, Mustang Park Owner's Assocition [sic], Inc., shall repair and make ongoing additional repairs to the drainage system located within the common areas and Lot 4x in the future to ensure that there is not a drainage or flooding problem that affects Plaintiff's property located at [home address redacted];

• vacate most of the trial court's second declaration as follows: "Mustang Park Owner's Association, Inc. is legally responsible for the repair, . . . re-installation, and ensuring the full functionality of the drain located on Lot 4x, the Common Area behind Plaintiff's property . . . .";

• modify the judgment so that the declaratory relief reads as follows:

THE COURT FURTHER JUDICIALLY DECLARES that:

a. Mustang Park Owner's Association, Inc is legally responsible for the maintenance and upkeep of the field (Lot 4x) behind Plaintiff's property located at [home address redacted] due to the field being a Common Area; and

b. Mustang Park Owner's Association, Inc. is legally responsible for the upkeep of the drain located on Lot 4x, the Common Area behind Plaintiff's property located at [home address redacted].

and affirm that part of the judgment as modified; and

• reverse the attorney's fees award and remand the case for a recalculation of those fees as to the Association only.

If the suggested remittitur is not timely filed, we will

• reverse the part of the judgment holding Legacy jointly and severally liable with Mustang Park for breach-of-contract damages and attorney's fees and render a take-nothing judgment as to Legacy;

• vacate most of the trial court's second declaration as follows: "Mustang Park Owner's Association, Inc. is legally responsible for the repair, . . . re-installation, and ensuring the full functionality of the drain located on Lot 4x, the Common Area behind Plaintiff's property . . . .";

• modify the judgment so that the declaratory relief reads as follows:

> THE COURT FURTHER JUDICIALLY DECLARES that:
>
> a. Mustang Park Owner's Association, Inc is legally responsible for the maintenance and upkeep of the field (Lot 4x) behind Plaintiff's property located at [home address redacted] due to the field being a Common Area; and
>
> b. Mustang Park Owner's Association, Inc. is legally responsible for the upkeep of the drain located on Lot 4x, the Common Area behind Plaintiff's property located at [home address redacted].

and affirm that part of the judgment as modified;

• reverse the part of the judgment awarding actual damages and specific-performance damages for breach of contract, and the part of the judgment awarding attorney's fees, and remand the case for a new trial on the breach of contract claim only and for a recalculation of attorney's fees as to the Association only.

It is further ordered that Lumley shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
    Justice Wade Birdwell